IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARK FOCHTMAN, et al., Individually,
and on Behalf of All Others Similarly Situated                                    PLAINTIFFS

V.                                    CASE NO. 5:18-CV-5047

DARP, INC. and HENDREN PLASTICS, INC.                                             DEFENDANTS

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that the Defendants, jointly and severally, shall pay to the Plaintiffs and the certified class a total amount of **$1,167,350.91** in damages, **$389,116.97** in attorneys' fees, and **$13,537.85** in costs.

**IT IS SO ORDERED AND ADJUDGED** on this 20th day of April, 2020.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

1