UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 20-2061

Mark Fochtman, individually, and on behalf of all others similarly situated, et al.

Appellees

v.

DARP, Inc.

Hendren Plastics, Inc.

Appellant

John Does 1-29

------------------------------

Arkansas Prosecuting Attorney Association, et al.

Amici on Behalf of Appellant(s)

No: 20-2068

Mark Fochtman, individually, and on behalf of all others similarly situated, et al.

Appellees

v.

DARP, Inc.

Appellant

Hendren Plastics, Inc. and John Does 1-29

------------------------------

Arkansas Prosecuting Attorney Association, et al.

Amici on Behalf of Appellant(s)

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:18-cv-05047-TLB)
(5:18-cv-05047-TLB)

## MANDATE

In accordance with the opinion and judgment of August 25, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 07, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit
_____
/s/ Michael E. Gans