IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MARK FOCHTMAN, et al., Individually,**
and on Behalf of All Others Similarly Situated                              **PLAINTIFFS**

V.                              **CASE NO. 5:18-cv-5047**

**DARP, INC. and HENDREN PLASTICS, INC.**                                   **DEFENDANTS**

## ORDER

Now before the Court is Defendant Hendren Plastics, Inc.'s Motion for Distribution of Funds (Doc. 187). Hendren delivered a check in the amount of $1,700,000.00 to the Clerk of Court for deposit in the Court's registry on May 22, 2020. The funds were deposited in an interest-bearing account for the purpose of securing the Court's judgment on appeal. Hendren has now prevailed on appeal, which means the appeal funds deposited in the interest-bearing account should be remitted back to Hendren.

**IT IS THEREFORE ORDERED** that the Motion for Distribution of Funds (Doc. 187) is **GRANTED**. The Clerk of Court is **DIRECTED** pay the balance of the funds deposited in the Court's registry, consisting of the principal and the interest accrued, to Hendren Plastics, Inc. The check should be made out to **Hendren Plastics, Inc.**, and mailed to Hendren's attorney at the following address:

Abtin Mehdizadegan
**CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.**
500 President Clinton Avenue, Suite 200
Little Rock, AR 72201

**IT IS SO ORDERED** on this 14th day of October, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE